**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Michael Attard was on duty and performing my official duties as a Special Agent for the FBI. Specifically, I am assigned to a Counter-terrorism squad tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 6, 2021, Witness 1, a former classmate and social media friend of Samuel Camargo, provided a tip to the FBI that Camargo posted pictures and content on Camargo's Instagram account user ID "Skilils" as well as Camargo's Facebook account, Facebook.com/sam.camargo.7, showing Camargo's participation at different parts of the rally and Capitol riot on January 6, 2021. Witness 1 provided the following screengrab from social media showing a metal piece of an unknown structure from the US Capitol Building or grounds with the admission that he "got some memorabilia, did it myself." Your affiant also reviewed the same photograph publicly available on the "Skilils" account that same date:



On January 7, 2021, Witness 1 advised your affiant that a mutual former classmate of Camargo and Witness 1 was able to capture the Instagram "Story" video Camargo posted on Instagram before it was deleted. This mutual friend, referred to as Witness 2, emailed the video to your affiant. The video is believed to be taken by Camargo, as it was posted as a "story" on the "Skilils" account, and it depicts Camargo at various rallies throughout the day in Washington DC. The video that was provided to your affiant does not have sound.  One video clip of the "Story" shows him at the bottom level of the west side steps to the U.S. Capitol, within a large crowd that is waiving multiple banners.  The video shows the crowd amassed in the area of the planned Inauguration, with some of the participants on scaffolding that had been set up for the Inauguration. This area is within the U.S. Capitol Grounds.  The last video clip of the "Story" shows what your affiant believes to be Camargo at one of the doorways to the U.S. Capitol Building, using his mobile phone to video tape his struggle with the U.S. Capitol Police over opening a door to the U.S. Capitol Building.  The presence of the crowd, the distinctive door, and presence of US Capitol police – as well as this video clip being posted after the prior video clip clearly taken on the Capitol grounds – support that this video shows Camargo actively struggling to gain entrance to the US

Capitol Building.  Also in the video, you see what appears to be Camargo's left hand on the door as he is filming with his right hand.  Below is a screengrab your affiant captured from that video:



On January 7, 2021, your affiant reviewed the "Skilils" Instagram account that Witness 1 and Witness 2 identified as Camargo's account.  Your affiant determined that the photograph of the individual holding the metal object had been deleted.  From this review it appears that many of the other videos and photos from the rally had been removed.  The "Story" video, referenced above, was also no longer available; however those types of postings do automatically delete after a certain period of time.  In review of other publicly available photos on the "Skilils" account your affiant found a photograph taken of the user of the account and another female, shown below:



Also on January 7, 2021, your affiant captured the following post on Camargo's Facebook account, posted the prior day:



Based on the above post, your affiant telephonically contacted Camargo at a phone number provided by Witness 1. In the interview, Camargo admitted that he attended the protests in Washington, D.C. on January 6, 2021, and has since returned to Broward County, Florida. Shortly after the interview began, Camargo became uncooperative, questioning your affiant's loyalty to the constitution, and advised the interviewing agent he had no information to provide. A few hours after this conversation, your affiant observed the following post on Camargo's Facebook account referencing your affiant's interview of Camargo.



On January 8, 2021, based on open source searches your affiant found a Samuel Pinho Camargo, his date of birth, and social security number. Your affiant also found an address that is located in Broward County, Florida. With this information, your affiant obtained Florida Department of Motor Vehicle records for the same person, with the same date of birth and social security number with the driver's license photo below.



Also, your affiant obtained a police report involving the same Samuel Camargo from Hollywood Police Department in Florida dated January 3, 2020. In the report Samuel Camargo's address, and the location where the report is taken, is within Broward County, FL.

Finally, on January 14, 2021, your affiant again contacted with Witness 1 and provided them with the driver's license photo above, asking if they knew the person pictured therein. Witness 1 further stated that they knew the person in the photo to be Sam Camargo, whom they first met in 2016 and last saw him in 2017. The witness knew Camargo to be from the West Palm Beach area of Florida, but was living in Ft. Myers, Florida at that time. Witness 1 also provided a photo they described as being from Camargo's Facebook page that showed his hand grabbing the door of the U.S. Capitol Building, consistent with the screenshot of the video provided above. Witness 1 also again provided the same photo from the "Skilils" Instagram account stating it shows Camargo with the item he called "memorabilia."

Based on the foregoing, your affiant submits there is probable cause to believe that based on his struggle with the U.S. Capitol Police over opening a door to the U.S. Capitol Building., Samuel Camargo violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits that there is probable cause to believe that Samuel Camargo violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Samuel Camargo violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in

that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Michael Attard – Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of January 2021.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE