AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM2:40
RECEIVED JAN 15 '21

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00068 |
| Samuel Camargo | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/15/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Samuel Camargo, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a)(3) - Civil Disorder;
18 U.S.C. 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752 (a)(2) - Knowingly Engages in Disorderly or Disruptive Conducte in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;

Date: 01/15/2021

2021.01.15 14:17:08 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/15/2021, and the person was arrested on *(date)* 1/20/2021
at *(city and state)* Washington DC.

Date: 1/21/2021

*Arresting officer's signature*

Steven Caldwell   DEO
*Printed name and title*